UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 16-CV-24372-PCH

YAOSMEL BARO,

    Plaintiff,
v.

STARBOARD CRUISE SERVICES, INC.,

    Defendant.
_____/

**CLOSED CIVIL CASE**

## ORDER

This cause is before the Court on the Plaintiff, Yaosmel Baro's, Notice of Settlement [D.E. 18], which was filed on February 28, 2017. In the Notice, Baro advised the Court that the parties in the above-captioned action reached a complete settlement. Accordingly, it is hereby

ORDERED that this action is **DISMISSED WITH PREJDUICE**. The case is **CLOSED** and all pending motions, if any, are **DENIED AS MOOT**.

DONE and ORDERED in Chambers this 22 day of March, 2017.

                              Honorable Paul C. Huck
                              United States District Judge

**Copies furnished to:**

Counsel of record